**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mary Hosea-Mayo,<br><br>   Plaintiff,<br><br>v.<br><br>Banner Health Arizona,<br><br>   Defendant. | No. CV-23-00048-TUC-JCH<br><br>**ORDER** |

On January 23, 2023, Plaintiff filed her complaint. Doc. 1. The next day, the Court sent Plaintiff a "Notice to Self-Represented Litigant," Doc. 4, notifying Plaintiff of certain resources available to pro se litigants including the *Handbook for Self-Represented Litigants*. *See* Doc. 4 at 6. The *Handbook* in turn notifies pro se litigants:

> You must give (SERVE) the other parties to your lawsuit a copy of **every document** that you file with the Court. It is critical that you serve your papers to the other parties in exactly the way the law requires. **The rules for serving the COMPLAINT are different from those for serving other documents**, and if the complaint is not properly served on the defendant, the case will not proceed and can be dismissed by the Court.

*Handbook* at 29 (emphasis in original).[1] The *Handbook* further directs pro se litigants to Rule 4(m) of the Federal Rules of Civil Procedure and notifies litigants that Rule 4(m) requires service of the complaint within 90 days after filing, "or the Court can dismiss your lawsuit." *Id.* at 30.

---

[1] All references to the *Handbook* derive from the website listed in the Court Notice to Self-Represented Litigants at https://www.azd.uscourts.gov/handbook-self-represented-litigants (last accessed September 12, 2023).

On April 10, 2023, Plaintiff paid the filing fee. Doc. 7. The docket shows no activity since then. *See generally* docket.

Accordingly,

**IT IS ORDERED that on or before October 13, 2023,** Plaintiff must file written notice demonstrating good cause for her failure to comply with Federal Rules of Civil Procedure governing service of the complaint, and why the Court should not dismiss her complaint.

Dated this 13th day of September, 2023.

John C. Hinderaker
United States District Judge